**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE SHAW GROUP INC.,**<br>**Plaintiff,**<br><br>**versus**<br><br>**SHAW CAPITAL, LLC, SHAW CAPITAL, L.P., J.M. BERNHARD JR., JEFF JENKINS, JOHN DONOFRIO, GEORGE BEVAN, AND RUSSELL BROWN,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 3:13-cv-00378**<br><br>**Judge Brian A. Jackson**<br><br>**Magistrate Judge Richard L. Bourgeois** |

**CONSENT MOTION TO ENTER CONSENT JUDGMENT AND CONSENT PERMANENT INJUNCTION ORDER**

Plaintiff, The Shaw Group Inc., with the consent of Defendants Shaw Capital, LLC; Shaw Capital, L.P.; J.M. Bernhard Jr.; Jeff Jenkins; John Donofrio; George Bevan; and Russell Brown move that this Court enter the Consent Permanent Injunction Order (attached hereto as Exhibit A) and to enter the Consent Judgment to which the parties have stipulated (attached hereto as Exhibit B).

Respectfully submitted,

*/s/ Paul S. Balanon*

Christopher E. Moore (La. Bar No. 26430)
Thomas L. Watson (La. Bar No. 30114)
Paul S. Balanon (La. Bar No. 29076)

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, Louisiana 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
christopher.moore@ogletreedeakins.com
thomas.watson@ogletreedeakins.com
paul.balanon@ogletreedeakins.com

Attorneys for The Shaw Group, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's Electronic Filing System.

This 1st day of August, 2013.

*/s/ Paul S. Balanon*
Paul S. Balanon