**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE SHAW GROUP, INC.** | **CIVIL ACTION** |
| **VERSUS** | |
| **SHAW CAPITAL, LLC, ET AL.** | **NO.: 13-00378-BAJ-RLB** |

## ORDER

Before the Court is a **Consent Motion to Enter Consent Judgment and Consent Permanent Injunction Order (Doc. 8)**, filed by Plaintiff The Shaw Group, Inc., seeking an order from this Court entering into the record of this matter a Consent Permanent Injunction Order (Doc. 8-1) and a Consent Judgment (Doc. 8-2). According to counsel for Plaintiff, Plaintiff requests such with the consent of Defendants Shaw Capital, LLC, Shaw Capital, L.P., J.M. Bernhard, Jr., Jeff Jenkins, John Donofrio, George Bevan, and Russell Brown.[1]

The Court has reviewed the proposed Consent Permanent Injunction Order and the proposed Consent Judgment, and finds both to be a fair and reasonable settlement of this matter. The Court reminds the parties, however, that the Consent Permanent Injunction Order and the Consent Judgment constitute an agreement

---

[1]Counsel for Defendants' signature appears on the parties' proposed Consent Permanent Injunction Order. (Doc. 8-1, p 5.)

between the parties, and that both are made a part of the Court record *at the parties' request*.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Consent Motion to Enter Consent Judgment and Consent Permanent Injunction Order (Doc. 8)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Consent Permanent Injunction Order** and **Consent Judgment**, which are attached to this order, are hereby incorporated by reference, adopted, and made orders of this Court.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**.

Baton Rouge, Louisiana, this 19th day of August, 2013.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE SHAW GROUP INC.,**<br>**Plaintiff,** | **Civil Action No. 3:13-cv-00378** |
| **versus** | **Judge Brian A. Jackson** |
| **SHAW CAPITAL, LLC, SHAW CAPITAL, L.P., J.M. BERNHARD JR., JEFF JENKINS, JOHN DONOFRIO, GEORGE BEVAN, AND RUSSELL BROWN,**<br>**Defendants.** | **Magistrate Judge Richard L. Bourgeois**<br><br>**JURY TRIAL DEMAND** |

**CONSENT PERMANENT INJUNCTION ORDER**

After considering the Complaint, the Consent Judgment, and the compromise between The Shaw Group Inc. and Defendants Shaw Capital, LLC; Shaw Capital, L.P.; J.M. Bernhard Jr.; Jeff Jenkins; John Donofrio; George Bevan; and Russell Brown (collectively, "Defendants"):

IT IS HEREBY ORDERED that:

1. This Court has jurisdiction of the parties and the subject matter of the action.
2. The Defendants, and their agents, servants, employees, attorneys, successors, and assigns, licensees, and related companies, are permanently enjoined as follows:
    a. Defendants shall permanently discontinue any and all use whatsoever of the SHAW name and mark as a trade name and/or trademark (either as a standalone name or embedded within another term), or any other mark consisting of and/or containing the SHAW name and mark, no later than August 28, 2013.

    b. Defendants shall permanently discontinue any and all use whatsoever of the names and marks SHAW CAPITAL PARTNERS, SHAW CAPITAL LLC, SHAW CAPITAL LP, or any colorable imitation thereof, no later than August 28, 2013.

    c. Defendants shall cease all online use of the SHAW name and mark as a trade name and/or a trademark (either as a standalone name or embedded within

another term), or any other name or mark consisting of and/or containing the SHAW name and mark, including, without limitation, disabling the website located at www.shawcapitalpartners.com so it resolves to a page without any content, and discontinuing any and all use on social media websites and services, no later than August 28, 2013.

d. Defendants shall be allowed to maintain the shawcapitalpartners.com domain name until February 6, 2014 (the end of its current registration period), provided that: (i) Defendants shall not use the domain name publicly as a web address, in email addresses, or in any other manner after August 28, 2013, (ii) Defendants shall allow the domain name registration to lapse upon the domain name's February 6, 2014 expiration date, and (iii) Defendants shall not renew the registration of the domain name, assign the registration of the domain name to anyone or any entity, license the right to use the domain name to anyone or any entity, enter into any agreement respecting the domain name with anyone or any entity, or use or register in the future any other domain name containing the "SHAW" name or mark (either as a standalone name or embedded within another term).

e. No later than August 28, 2013, Defendants shall file with the Delaware Secretary of State, the Louisiana Secretary of State, and any other applicable jurisdiction, amendments to change the name of Shaw Capital, LLC and Shaw Capital, L.P. to an alternative name that does not contain the letter string "SHAW" (either as a standalone name or embedded within another term) or, alternatively, to dissolve Shaw Capital, LLC and Shaw Capital, L.P.

f. No later than September 12, 2013, each of the Defendants shall deliver to Shaw Group an affidavit attesting and certifying to the total destruction of all labels, signs, prints, packages, wrappers, receptacles, advertisements, catalogs, brochures, promotional materials, and all other materials in the possession, custody, or control of Defendants that contain the SHAW name and mark.

g. Defendants shall not adopt, use, license, provide consent to use, apply to register, or register anywhere in the world the SHAW name and mark, any other mark or name that contains the letter string "SHAW" (either as a standalone name or embedded within another term), or any other mark that may cause likelihood of confusion with or dilution of the SHAW name and mark; may likely cause mistake or deception on the part of consumers as to the origin, sponsorship, affiliation, or approval of Defendants' business or services. For purposes of this Consent Permanent Injunction Order, the word "use" includes, but is not limited to, use as a trade name, as a company name, as a trademark, as a service mark, in a logo or slogan, as an e-mail address, in a domain name or URL, on web sites (including, without limitation, social media sites such as Facebook, Twitter, and LinkedIn), in correspondence, on letterhead, on business cards, on displays, on signage, in advertisements, and in promotional and marketing materials.

h. Defendants shall not make pitches to investors, solicit customers, maintain a website, maintain a social media page, or perform any acts or make any statements that would otherwise affiliate themselves as current employees or partners of SHAW, or as currently doing business under the SHAW name and mark, including as SHAW CAPITAL PARTNERS, SHAW CAPITAL LLC, or SHAW CAPITAL LP.

i. Defendants shall not commit any other act, make any other statement, or use any name, mark, logo, or other design or designation of origin that infringes or dilutes the SHAW name and mark, or constitutes an act of infringement, dilution, false designation of origin, false advertising, unfair competition, or deceptive trade practice under federal law, the laws of the State of Louisiana, or common law, to the extent that it relates to the SHAW name or mark.

j. Defendants shall not and will not license or assign any actual or claimed rights to the SHAW name and mark to any third party.

k. Shaw Group agrees that Defendants may make fair use of the SHAW name and mark, but only and strictly for the purposes of fairly describing in text without undue emphasis their past relationship with Shaw Group. For example, each individual Defendant may accurately and fairly describe his former employment with Shaw. Further, Defendants may describe the historical development and growth of the Shaw Group and explain that their company was established by the former executive management team of the Shaw Group, Inc., or words to that effect. Without limiting the foregoing, the parties agree that the following statement complies with the fair use requirements stated in this subparagraph (k):

> [New Company Name] is led by Jim Bernhard, Founder and former Chairman and CEO of The Shaw Group, Inc. Over 25 years, under the leadership of Jim Bernhard, The Shaw Group, Inc. grew from a small pipe fabrication company to a Fortune 500, global, energy focused, Engineering and Construction firm. In February 2013, the Jim Bernhard led management team negotiated the sale of The Shaw Group, Inc. to Chicago Bridge & Iron for $3.3 billion.

3. Each party shall bear its own costs and attorneys' fees for all matters leading up to and including the entry of this Consent Permanent Injunction Order.

4. Neither party can waive the terms of this Consent Permanent Injunction Order without the specific written approval of this Court, and no waiver of default of any of the terms of this Consent Permanent Injunction Order shall constitute a waiver of any subsequent breach or default of the same or of a similar nature.

5. If any Defendant is found by the Court to have violated this Consent Permanent Injunction Order in any manner, an Order shall issue holding such defendant in contempt

of this Consent Decree, and such defendant shall be required to pay all damages caused to Plaintiff by each such violation, to reimburse Plaintiff its costs and reasonable attorneys' fees incurred as a result of each such violation, and to take such further actions as may be required by the Court.

6. This Court shall retain jurisdiction of this case and over the parties in order to be able to enforce the provisions of this Consent Permanent Injunction Order.

**SHAW CAPITAL, L.P., SHAW CAPITAL, LLC, J.M. BERNHARD JR., JEFF JENKINS, JOHN DONOFRIO, GEORGE BEVAN, AND RUSSELL BROWN**

*/s/ Erin Wiley Lanoux*

Robert Ryland Percy, III (La. Bar No. 10418)
Erin Wiley Lanoux (La. Bar No. 28651)
Percy, Lanoux, Mumphrey & Martin
712 North Burnside Avenue
Gonzales, Louisiana 70737
Telephone: (225) 621-8522
Facsimile: (225) 647-6959
rpercy@percylaw.com
clanoux@percylaw.com

Attorneys for Shaw Capital, L.P., Shaw Capital, LLC, J.M. Bernhard Jr., Jeff Jenkins, John Donofrio, George Bevan, and Russell Brown

**THE SHAW GROUP, INC**

*/s/ Christopher E. Moore*

Christopher E. Moore (La. Bar No. 26430)
Thomas L. Watson (La. Bar No. 30114)
Paul S. Balanon (La. Bar No. 29076)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, Louisiana 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
christopher.moore@ogletreedeakins.com
thomas.watson@ogletreedeakins.com
paul.balanon@ogletreedeakins.com

Attorneys for The Shaw Group, Inc.

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE SHAW GROUP INC.,**<br>**Plaintiff,**<br><br>**versus**<br><br>**SHAW CAPITAL, LLC, SHAW CAPITAL, L.P., J.M. BERNHARD JR., JEFF JENKINS, JOHN DONOFRIO, GEORGE BEVAN, AND RUSSELL BROWN,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 3:13-cv-00378**<br><br>**Judge Brian A. Jackson**<br><br>**Magistrate Judge Richard L. Bourgeois** |

**CONSENT JUDGMENT**

The Court, having been informed that The Shaw Group Inc. and Defendants Shaw Capital, LLC; Shaw Capital, L.P.; J.M. Bernhard Jr.; Jeff Jenkins; John Donofrio; George Bevan; and Russell Brown have agreed to a Consent Permanent Injunction Order:

**IT IS ORDERED** that this suit is dismissed without prejudice, with the parties to bear their own costs;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to oversee and enforce this Judgment, the performance of all obligations contained in the compromise between the parties, and the Consent Permanent Injunction Order.